**Fill in this information to identify the case:**

United States Bankruptcy Court for the <u>Southern District of Texas</u>

Case number (*if known*): _____ Chapter <u>11</u>

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | CBL Holdings I, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | N/A |
| 3. **Debtor's federal Employer Identification Number** (EIN) | N/A |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2030   Hamilton Place Blvd. | |
| Number   Street | Number   Street |
| CBL Center, Suite 500 | |
| | P.O. Box |
| Chattanooga   Tennessee   37421 | |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Hamilton County | |
| County | Number   Street |
| | City   State   ZIP Code |

5. **Debtor's website** (URL)   www.cblproperties.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other.  Specify: _____

Debtor    CBL Holdings I, Inc.
_____        Case number (if known)    20-_____ ( )
          Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☒ None of the above |

B. *Check all that apply:*

☐ Tax- exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
5313 – Activities Related to Real Estate

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1).  Its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000 **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of  creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the  Securities and Exchange Commission according to § 13 or 15(d) of the Securities  Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes    District _____    When _____    Case number _____
                                              MM/ DD/ YYYY

         District _____    When _____    Case number _____
                                              MM / DD/ YYYY

Debtor    CBL Holdings I, Inc.                   Case number (if known)   20-_____ ( ____ )

Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes    Debtor    See Schedule 1      Relationship    See Schedule 1

District    Southern District of Texas    When    November 1, 2020

Case number, if known                  MM / DD/ YYYY

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

           Number          Street

_____

           City                State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

           Contact Name _____

           Phone _____

---

| Statistical and administrative information |
|---|

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

(on a consolidated basis with all affiliated debtors)

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☒ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

| Debtor | CBL Holdings I, Inc. | Case number (if known) | 20-_____ (   ) |
|---|---|---|---|
| | Name | | |

---

**15. Estimated assets**
(on a consolidated basis with all affiliated debtors)

- ☐ $0–$50,000
- ☐ $50,001–$100,000
- ☐ $100,001–$500,000
- ☐ $500,001–$1 million

- ☐ $1,000,001–$10 million
- ☐ $10,000,001–$50 million
- ☐ $50,000,001–$100 million
- ☐ $100,000,001–$500 million

- ☐ $500,000,001–$1 billion
- ☒ $1,000,000,001–$10 billion
- ☐ $10,000,000,001–$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
(on a consolidated basis with all affiliated debtors)

- ☐ $0–$50,000
- ☐ $50,001–$100,000
- ☐ $100,001–$500,000
- ☐ $500,001–$1 million

- ☐ $1,000,001–$10 million
- ☐ $10,000,001–$50 million
- ☐ $50,000,001–$100 million
- ☐ $100,000,001–$500 million

- ☐ $500,000,001–$1 billion
- ☒ $1,000,000,001–$10 billion
- ☐ $10,000,000,001–$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 1, 2020
                      MM / DD  / YYYY

✗    /s/ Jeffery V. Curry _____     Jeffery V. Curry _____
      Signature of authorized representative of debtor     Printed name

      Chief Legal Officer and Secretary _____
      Title

**18. Signature of attorney**

✗    /s/ Alfredo R. Pérez _____     Date   November 1, 2020 _____
      Signature of attorney for debtor     MM / DD / YYYY

      Alfredo R. Pérez _____     Ray C. Schrock, P.C. _____
      Printed Name

      Weil, Gotshal & Manges LLP _____     Weil, Gotshal & Manges LLP _____
      Firm Name

      700 Louisiana, Suite 1700 _____     767 Fifth Avenue _____
      Address

      Houston, Texas 77002 _____     New York, New York 10153 _____
      City/State/Zip

      (713) 546-5000 _____     (212) 310-8000 _____
      Contact Phone

      alfredo.perez@weil.com _____     ray.schrock@weil.com _____
      Email Address

      15776275 _____     Texas _____
      Bar Number     State

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas.  The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of Texas.

| COMPANY | |
|---|---|
| CBL/Sunrise Commons, L.P. | Kirkwood Mall Acquisition LLC |
| CBL & Associates Properties, Inc. | Kirkwood Mall Mezz LLC |
| CBL Holdings I, Inc. | Layton Hills Mall CMBS, LLC |
| CBL Holdings II, Inc. | Madison Joint Venture, LLC |
| CBL & Associates Limited Partnership | Madison/East Towne, LLC |
| CBL & Associates Management, Inc. | Madison/West Towne, LLC |
| Arbor Place Limited Partnership | Mall del Norte, LLC |
| CBL RM-Waco, LLC | Mayfaire GP, LLC |
| CBL SM-Brownsville, LLC | Mayfaire Town Center, LP |
| CBL/Imperial Valley GP, LLC | MDN/Laredo GP, LLC |
| CBL/Kirkwood Mall, LLC | Mortgage Holdings, LLC |
| CBL/Madison I, LLC | Multi-GP Holdings, LLC |
| CBL/Richland G.P., LLC | Pearland Ground, LLC |
| CBL/Sunrise GP, LLC | Pearland Town Center GP, LLC |
| CBL/Westmoreland I, LLC | Pearland Town Center Limited Partnership |
| CBL/Westmoreland II, LLC | POM-College Station, LLC |
| CBL/Westmoreland, L.P. | Turtle Creek Limited Partnership |
| Cherryvale Mall, LLC | Akron Mall Land, LLC |
| CW Joint Venture, LLC | Alamance Crossing II, LLC |
| Frontier Mall Associates Limited Partnership | Alamance Crossing, LLC |
| Hixson Mall, LLC | APWM, LLC |
| Imperial Valley Mall GP, LLC | Asheville, LLC |
| Imperial Valley Mall II, L.P. | Brookfield Square Joint Venture |
| Imperial Valley Mall, L.P. | Brookfield Square Parcel, LLC |
| JG Winston-Salem, LLC | CBL Eagle Point Member, LLC |

| COMPANY | |
|---|---|
| CBL HP Hotel Member, LLC | CBL/Old Hickory II, LLC |
| CBL Statesboro Member, LLC | CBL/Parkdale Crossing GP, LLC |
| CBL Walden Park, LLC | CBL/Parkdale Crossing, L.P. |
| CBL/Brookfield I, LLC | CBL/Parkdale Mall GP, LLC |
| CBL/Brookfield II, LLC | CBL/Parkdale, LLC |
| CBL/Cherryvale I, LLC | CBL/Penn Investments, LLC |
| CBL/Citadel I, LLC | CBL/Sunrise Commons GP, LLC |
| CBL/Citadel II, LLC | CBL/Sunrise Land, LLC |
| CBL/EastGate I, LLC | CBL/Sunrise XS Land, L.P. |
| CBL/EastGate II, LLC | CBL-840 GC, LLC |
| CBL/EastGate Mall, LLC | Charleston Joint Venture |
| CBL/Fayette I, LLC | Coolsprings Crossing Limited Partnership |
| CBL/Fayette II, LLC | Cross Creek Anchor S GP, LLC |
| CBL/GP Cary, Inc. | Cross Creek Anchor S, LP |
| CBL/GP II, Inc. | D'Iberville CBL Land, LLC |
| CBL/GP V, Inc. | Dakota Square Mall CMBS, LLC |
| CBL/GP VI, Inc. | Development Options, Inc. |
| CBL/GP, Inc. | Dunite Acquisitions, LLC |
| CBL/Gulf Coast, LLC | East Towne Parcel I, LLC |
| CBL/J I, LLC | EastGate Anchor S, LLC |
| CBL/J II, LLC | EastGate Company |
| CBL/Monroeville Expansion I, LLC | Eastland Anchor M, LLC |
| CBL/Monroeville Expansion II, LLC | Eastland Holding I, LLC |
| CBL/Monroeville Expansion III, LLC | Eastland Holding II, LLC |
| CBL/Monroeville Expansion Partner, L.P. | Eastland Mall, LLC |
| CBL/Monroeville Expansion, L.P. | Eastland Member, LLC |
| CBL/Monroeville I, LLC | Fayette Middle Anchor, LLC |
| CBL/Monroeville II, LLC | Fayette Plaza CMBS, LLC |
| CBL/Monroeville III, LLC | GCTC Peripheral IV, LLC |
| CBL/Monroeville Partner, L.P. | Gunbarrel Commons, LLC |
| CBL/Monroeville, L.P. | Hamilton Place Anchor S, LLC |
| CBL/Nashua Limited Partnership | Hammock Landing/West Melbourne, LLC |
| CBL/Old Hickory I, LLC | Hanes Mall Parcels, LLC |

WEIL:\97619853\2\32626.0003

| COMPANY ||
|---|---|
| Harford Mall Business Trust | Pearland-OP Parcel 8, LLC |
| Henderson Square Limited Partnership | Port Orange Holdings II, LLC |
| Hickory Point Outparcels, LLC | Seacoast Shopping Center Limited Partnership |
| Imperial Valley Commons, L.P. | Shoppes at St. Clair CMBS, LLC |
| Imperial Valley Peripheral L.P. | South County Shoppingtown LLC |
| IV Commons, LLC | Southaven Town Center, LLC |
| IV Outparcels, LLC | Southaven Towne Center II, LLC |
| Jefferson Anchor M, LLC | Southpark Mall, LLC |
| Jefferson Anchor S, LLC | Southpark Mall-DSG, LLC |
| Jefferson Mall Company II, LLC | St. Clair Square GP I, LLC |
| JG Gulf Coast Town Center LLC | St. Clair Square Limited Partnership |
| Laurel Park Retail Holding LLC | St. Clair Square SPE, LLC |
| Laurel Park Retail Properties LLC | Stroud Mall, LLC |
| Lexington Joint Venture | Tenn-GP Holdings, LLC |
| LHM-Utah, LLC | The Courtyard at Hickory Hollow Limited Partnership |
| Meridian Mall Limited Partnership | The Landing at Arbor Place II, LLC |
| Mid Rivers Land LLC | The Pavilion at Port Orange, LLC |
| Mid Rivers Mall CMBS, LLC | TN-Land Parcels, LLC |
| Monroeville Anchor Limited Partnership | TX-Land Parcels, LLC |
| Montgomery Partners, L.P. | Valley View Mall SPE, LLC |
| North Charleston Joint Venture II, LLC | Volusia Mall GP, Inc. |
| Northgate SAC, LLC | Volusia Mall Limited Partnership |
| Northpark Mall/Joplin, LLC | Volusia SAC, LLC |
| Old Hickory Mall Venture | Volusia-OP Peripheral, LLC |
| Old Hickory Mall Venture II, LLC | West Towne District, LLC |
| Parkdale Anchor M, LLC | Westgate Crossing Limited Partnership |
| Parkdale Crossing Limited Partnership | WestGate Mall II, LLC |
| Parkdale Mall Associates, L.P. | WestGate Mall Limited Partnership |
| Parkdale Mall, LLC | WI-Land Parcels, LLC |
| Parkway Place Limited Partnership | York Galleria Limited Partnership |
| Parkway Place SPE, LLC | |

WEIL:\97619853\2\32626.0003

**ACTION BY**
**WRITTEN CONSENT OF**
**THE GOVERNING BODIES OF**
**THE ENTITIES SET FORTH ON SCHEDULE A ATTACHED HERETO**
**NOVEMBER 1, 2020**

The undersigned, being all of the members of the board of directors, all of the members of the board of managers, the sole member, the managing member, the chief manager, the managing partner, the general partner, the sole shareholder or all of the members of the board of trustees, as the case may be (as applicable, the "Governing Body") of the applicable entities set forth on Schedule A attached hereto (each, an "Entity", and collectively, the "Entities") do hereby consent to, adopt and approve, by written consent in accordance with applicable law and the relevant provisions of the respective governing documents of the applicable Entity, the following resolutions and each and every action effected thereby:

**WHEREAS**, each Governing Body has reviewed and has had the opportunity to review and analyze the liabilities and liquidity of such Entity and their respective subsidiaries, the strategic alternatives available to such Entity and the impact of the foregoing on such Entity's business;

**WHEREAS**, each Governing Body has had the opportunity to consult with the management and the legal and financial advisors of the applicable Entity to fully consider, and have considered, the strategic alternatives available to such Entity; and

**WHEREAS**, each Governing Body believes that taking the actions set forth below are in the best interests of the applicable Entity and, therefore, desires to approve the following resolutions.

**I.    Commencement of Chapter 11 Case**

**NOW, THEREFORE, BE IT RESOLVED**, each Governing Body has determined, after due consultation with the management and the legal and financial advisors of the applicable Entity, that it is desirable and in the best interests of such Entity, its creditors, and other parties in interest that a petition be filed by such Entity seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it further

**RESOLVED**, that Charles B. Lebovitz as Chairman of the Board, Stephen D. Lebovitz as Chief Executive Officer, Michael I. Lebovitz as President, Farzana Khaleel as Executive Vice President – Chief Financial Officer, Jeffery V. Curry as Chief Legal Officer and Katie Reinsmidt as Executive Vice President – Chief Investment Officer (with respect to each Entity, each such person, an "Authorized Person"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, to negotiate, execute, deliver and file with the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"), in the name and on behalf of such Entity, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents (collectively, the "Chapter 11 Filings") (with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it further

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of such Entity, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with such Entity's chapter 11 cases (collectively, the

"Chapter 11 Cases") or the Chapter 11 Filings, including, without limitation, (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Cases with a view to the successful prosecution of the Chapter 11 Cases (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

## II.   Retention of Advisors

**RESOLVED**, that, in connection with the Chapter 11 Cases, any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of such Entity, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, on behalf of such Entity, that such Authorized Person deems necessary, appropriate or advisable in connection with, or in furtherance of, the Chapter 11 Cases, with a view to the successful prosecution of the Chapter 11 Cases (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

**RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153, is hereby retained as attorneys for each Entity in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Moelis & Company, located at 399 Park Avenue, 5th Floor, New York, NY 10022, is hereby retained as investment banker for each Entity in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Berkeley Research Group, LLC, located at 99 High Street, 27th Floor, Boston, MA 02110, is hereby retained as financial advisor for each Entity in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, 12th Floor, New York, New York 10017, is hereby retained as claims agent for each Entity in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the applicable Entity, to take and perform any and all further acts and deeds, including, without limitation, (i) the payment of any consideration, (ii) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (iii) negotiating, executing, delivering, performing and filing any and all documents, motions, pleadings, applications, declarations, affidavits, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with the engagement of professionals contemplated by the foregoing resolutions (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

## III.   General Authority and Ratification

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of such Entity, to take and perform any and all further acts or deeds, including, but not limited to, (i) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents,

instruments, applications, notes or certificates that may be required, (ii) the execution, delivery, performance under and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and be it further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person in the name and on behalf of the applicable Entity in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved in all respects as the acts and deeds of such Entity.

[*Remainder of page intentionally left blank. Signature page follows.*]

**IN WITNESS WHEREOF**, the undersigned, being the Governing Body of each Entity hereafter listed, have executed this written consent as of the date first set forth above.

CBL HOLDINGS I, INC.
CBL HOLDINGS II, INC.
CBL/GP CARY, INC.
CBL/GP II, INC.
CBL/GP V, INC.
CBL/GP VI, INC.
CBL/GP, INC.
DEVELOPMENT OPTIONS, INC.
VOLUSIA MALL GP, INC.

By the following who serve as the Board of Directors of each of the above listed corporations:

_____
Charles B. Lebovitz

_____
Stephen D. Lebovitz

HARFORD MALL BUSINESS TRUST

By its Board of Trustees:

_____
Charles B. Lebovitz

_____
Stephen D. Lebovitz

CBL & ASSOCIATES LIMITED PARTNERSHIP,
a Delaware limited liability company

By the following partners of the above listed limited partnership:

CBL Holdings I, Inc., its sole general partner
CBL Holdings II, Inc., a limited partner holding more than 50% of the limited partnership interests of the
   Partnership

By the following who serve as the Board of Directors of each of the above listed corporations:

_____
Charles B. Lebovitz

_____
Stephen D. Lebovitz

**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO
WRITTEN CONSENT TO FILE BANKRUPTCY**

**IN WITNESS WHEREOF**, the undersigned, being the Governing Body of each Entity hereafter listed, have executed this written consent as of the date first set forth above.

CBL HOLDINGS I, INC.
CBL HOLDINGS II, INC.
CBL/GP CARY, INC.
CBL/GP II, INC.
CBL/GP V, INC.
CBL/GP VI, INC.
CBL/GP, INC.
DEVELOPMENT OPTIONS, INC.
VOLUSIA MALL GP, INC.

By the following who serve as the Board of Directors of each of the above listed corporations:

_____
Charles B. Lebovitz

_____
Stephen D. Lebovitz


HARFORD MALL BUSINESS TRUST

By its Board of Trustees:

_____
Charles B. Lebovitz

_____
Stephen D. Lebovitz


CBL & ASSOCIATES LIMITED PARTNERSHIP.
a Delaware limited liability company

By the following partners of the above listed limited partnership:

CBL Holdings I, Inc., its sole general partner
CBL Holdings II, Inc., a limited partner holding more than 50% of the limited partnership interests of the
    Partnership

By the following who serve as the Board of Directors of each of the above listed corporations:

_____
Charles B. Lebovitz

_____
Stephen D. Lebovitz


SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO
WRITTEN CONSENT TO FILE BANKRUPTCY

AKRON MALL LAND, LLC
BROOKFIELD SQUARE PARCEL, LLC
CBL EAGLE POINT MEMBER, LLC
CBL STATESBORO MEMBER, LLC
CBL/IMPERIAL VALLEY GP, LLC
CBL/J I, LLC
CBL/J II, LLC
CBL/KIRKWOOD MALL, LLC
CBL/MONROEVILLE EXPANSION I, LLC
CBL/MONROEVILLE EXP ANSI ON II, LLC
CBL/MONROEVILLE EXP ANS ION III, LLC
CBL/MONROEVILLE I, LLC
CBL/MONROEVILLE II, LLC
CBL/MONROEVILLE III, LLC
CBL/PARKDALE CROSSING GP, LLC
CBL/PARKDALE MALL GP, LLC
CBL/PARKDALE, LLC
CBL/RICHLAND G.P., LLC
CBL/SUNRISE COMMONS GP, LLC
CBL/SUNRISE GP, LLC
CBL/SUNRISE LAND, LLC
HAMMOCK LANDING/WEST MELBOURNE, LLC
IV COMMONS, LLC
KIRKWOOD MALL ACQUISITION LLC
LAUREL PARK RETAIL HOLDING LLC
LHM-UTAH, LLC
MAYFAIRE GP, LLC
MORTGAGE HOLDINGS, LLC
MULTI-GP HOLDINGS, LLC
NORTHGATE SAC, LLC
PEARLAND GROUND, LLC
PORT ORANGE HOLDINGS II, LLC
SOUTHAVEN TOWNE CENTER, LLC
TENN-GP HOLDINGS, LLC
THE PAVILION AT PORT ORANGE, LLC
VOLUSIA-OP PERIPHERAL, LLC


By:    CBL & Associates Limited Partnership,
       as the chief manager of each of the above listed
       chief manager-managed limited liability companies

By:    CBL Holdings I, Inc., its general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer


**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO**
**WRITTEN CONSENT TO FILE BANKRUPTCY**

CHERRYVALE MALL, LLC,
DAKOTA SQUARE MALL CMBS, LLC
EASTLAND HOLDING I, LLC
EASTLAND HOLDING II, LLC
EASTLAND MALL, LLC
EASTLAND MEMBER, LLC
FAYETTE PLAZA CMBS, LLC
IMPERIAL VALLEY MALL GP, LLC
LAUREL PARK RETAIL PROPERTIES LLC
LAYTON HILLS MALL CMBS, LLC
MADISON/EAST TOWNE, LLC
MADISON/WEST TOWNE, LLC
MDN/LAREDO GP, LLC
MID RIVERS MALL CMBS, LLC
NORTHPARK MALL/JOPLIN, LLC
PEARLAND TOWN CENTER GP, LLC
SOUTHAVEN TOWNE CENTER II, LLC
ST. CLAIR SQUARE SPE, LLC
THE LANDING AT ARBOR PLACE II, LLC

By the following entities serving as the Board of Managers of each of the above listed board-managed limited liability companies:

CBL & Associates Limited Partnership, its Chief Manager

By:    CBL Holdings I, Inc., its general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer

CBL Holdings I, Inc., its secretary

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


KIRKWOOD MALL MEZZ LLC

By the following entity which serves as the sole manager of the above listed board-managed limited liability company:

CBL & Associates Limited Partnership, its Chief Manager

By:    CBL Holdings I, Inc., its general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer


**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO
WRITTEN CONSENT TO FILE BANKRUPTCY**

ALAMANCE CROSSING II, LLC
ALAMANCE CROSSING, LLC
APWM, LLC
ASHEVILLE, LLC
CBL HP HOTEL MEMBER, LLC
CBL WALDEN PARK, LLC
CBL/GULF COAST, LLC
CBL/MADISON I, LLC
CBL/PENN INVESTMENTS, LLC
CROSS CREEK ANCHOR S GP, LLC
D'IBERVILLE CBL LAND, LLC
DUNITE ACQUSITIONS, LLC
EAST TOWNE PARCEL I, LLC
EASTGATE ANCHOR S, LLC
EASTLAND ANCHOR M, LLC
FAYETTE MIDDLE ANCHOR, LLC
GUNBARREL COMMONS, LLC
HAMILTON PLACE ANCHOR S, LLC
HANES MALL PARCELS, LLC
HIXSON MALL, LLC
JEFFERSON ANCHOR M, LLC
JEFFERSON ANCHOR S, LLC
JEFFERSON MALL COMPANY II, LLC
JG WINSTON-SALEM, LLC
MID RIVERS LAND LLC
NORTH CHARLESTON JOINT VENTURE II, LLC
PARKDALE ANCHOR M, LLC
PEARLAND-OP PARCEL 8, LLC
SOUTHPARK MALL–DSG, LLC
TN-LAND PARCELS, LLC
TX-LAND PARCELS, LLC
VOLUSIA SAC, LLC
WI-LAND PARCELS, LLC

By:     CBL & Associates Limited Partnership,
        as the sole member and chief manager of each of the above listed
        member-managed limited liability companies

By:     CBL Holdings I, Inc., its general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer

**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO
WRITTEN CONSENT TO FILE BANKRUPTCY**

CBL/NASHUA LIMITED PARTNERSHIP
PARKWAY PLACE LIMITED PARTNERSHIP
SEACOAST SHOPPING CENTER LIMITED PARTNERSHIP

By:    CBL & Associates Limited Partnership, as the sole general partner of each of the
       above listed limited partnerships

By:    CBL Holdings I, Inc., its sole general partner

By:    _____
Name:  Jeffery V. Curry
Title: Chief Legal Officer


ARBOR PLACE LIMITED PARTNERSHIP
MERIDIAN MALL LIMITED PARTNERSHIP
WESTGATE CROSSING LIMITED PARTNERSHIP

By:    Multi-GP Holdings, LLC, as the general partner of each of the above listed partnerships

By:    CBL & Associates Limited Partnership, its sole member and chief manager

By:    CBL Holdings I, Inc., its sole general partner

By:    _____
Name:  Jeffery V. Curry
Title: Chief Legal Officer


CBL-840 GC, LLC
HICKORY POINT OUTPARCELS, LLC
IV OUTPARCELS, LLC

By:    CBL & Associates Management, Inc., as the chief manager of each of the above listed companies

By:    _____
Name:  Jeffery V. Curry
Title: Chief Legal Officer


**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO**
**WRITTEN CONSENT TO FILE BANKRUPTCY**

CBL/BROOKFIELD I, LLC
CBL/BROOKFIELD II, LLC
CBL/FAYETTE I, LLC
CBL/FAYETTE II, LLC

By:     CBL/J I, LLC, as the chief manager of each of the above listed companies

By:     CBL & Associates Limited Partnership, its chief manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer


CBL/CHERRYVALE I, LLC
CBL/CITADEL I, LLC
CBL/CITADEL II, LLC
CBL/EASTGATE I, LLC
CBL/EASTGATE II, LLC
CBL/OLD HICKORY I, LLC
CBL/OLD HICKORY II, LLC

By:     CBL/J II, LLC, as the chief manager of each of the above listed companies

By:     CBL & Associates Limited Partnership, its chief manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer


CBL/WESTMORELAND I, LLC
CBL/WESTMORELAND II, LLC
ST. CLAIR SQUARE GP I, LLC

By:     CW Joint Venture, LLC, as the chief manager of each of the above listed companies

By:     CBL & Associates Limited Partnership, its manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer


**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO**
**WRITTEN CONSENT TO FILE BANKRUPTCY**

COOLSPRINGS CROSSING LIMITED PARTNERSHIP
FRONTIER MALL ASSOCIATES LIMITED PARTNERSHIP
TURTLE CREEK LIMITED PARTNERSHIP

By:      CBL & Associates Limited Partnership, as the sole general partner of each of the above listed
         limited partnerships

By:      CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


POM-COLLEGE STATION, LLC,
SOUTH COUNTY SHOPPINGTOWN LLC
STROUD MALL, LLC,

By:      CBL & Associates Limited Partnership, as the managing member of each of the above listed
         companies

By:      CBL Holdings I, Inc., its general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


CBL/EASTGATE MALL, LLC
EASTGATE COMPANY

By:      CBL/Eastgate I, LLC, as the managing partner of each of the above listed general partnerships

By:      CBL/J II, LLC, its chief manager

By:      CBL & Associates Limited Partnership, its chief manager

By:      CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO
WRITTEN CONSENT TO FILE BANKRUPTCY**

WEST TOWN DISTRICT, LLC

By:     CBL & Associates Management, Inc., as sole member and chief manager of the above listed
        company

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


BROOKFIELD SQUARE JOINT VENTURE,

By the partners of the above referenced general partnership

CBL/Brookfield I, LLC, general partner

By:     CBL/J I, LLC, its chief manager

By:     CBL & Associates Limited Partnership, its chief manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer

CBL/Brookfield II, LLC, general partner

By:     CBL/J I, LLC, its chief manager

By:     CBL & Associates Limited Partnership, its chief manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


CBL RM-WACO, LLC,

By:     CBL/Richland G.P., LLC, its managing member

By:     CBL & Associates Limited Partnership, its sole member and chief manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer

**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO
WRITTEN CONSENT TO FILE BANKRUPTCY**

CBL SM-BROWNSVILLE, LLC,

By:     CBL/Sunrise GP, LLC, its chief manager

By:     CBL & Associates Limited Partnership, its sole member and chief manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


CBL/MONROEVILLE EXPANSION PARTNER, L.P.

By:     CBL/Monroeville Expansion II, LLC, its sole general partner

By:     CBL & Associates Limited Partnership, its chief manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


CBL/MONROEVILLE EXPANSION, L.P.

By:     CBL/Monroeville Expansion I, LLC, its sole general partner

By:     CBL & Associates Limited Partnership, its chief manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


CBL/MONROEVILLE PARTNER, L.P.

By:     CBL/Monroeville, LLC, its sole general partner

By:     CBL & Associates Limited Partnership, its chief manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO
WRITTEN CONSENT TO FILE BANKRUPTCY**

CBL/MONROEVILLE, L.P.

By:      CBL/Monroeville I, LLC, its sole general partner

By:      CBL & Associates Limited Partnership, its chief manager

By:      CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


CBL/PARKDALE CROSSING, L.P.

By:      CBL/Parkdale Crossing GP, LLC, its sole general partner

By:      CBL & Associates Limited Partnership, its chief manager

By:      CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


CBL/SUNRISE COMMONS, L.P.

By:      CBL/Sunrise Commons GP, LLC, its sole general partner

By:      CBL & Associates Limited Partnership, its chief manager

By:      CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


CBL/SUNRISE XS LAND, L.P.

By:      CBL/Sunrise Land, LLC, its sole general partner

By:      CBL & Associates Limited Partnership, its chief manager

By:      CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO
WRITTEN CONSENT TO FILE BANKRUPTCY**

CBL/WESTMORELAND, L.P.

By:     CBL/Westmoreland I, its sole general partner

By:     CW Joint Venture, LLC, its chief manager

By:     CBL & Associates Limited Partnership, its manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer


CHARLESTON JOINT VENTURE

By:     CBL/Citadel I, LLC, its managing partner

By:     CBL/J II, LLC, its chief manager

By:     CBL & Associates Limited Partnership, its chief manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer


CROSS CREEK ANCHOR S, LP

By:     Cross Creek Anchor S GP, LLC, its sole general partner

By:     CBL & Associates Limited Partnership, its sole member and chief manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer


**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO**
**WRITTEN CONSENT TO FILE BANKRUPTCY**

CW JOINT VENTURE, LLC

By:     CBL & Associates Limited Partnership, its Manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer


GCTC PERIPHERAL IV, LLC

By:     JG Gulf Coast Town Center, LLC, its sole member and chief manager

By:     CBL/Gulf Coast, LLC, its managing member

By:     CBL & Associates Limited Partnership, its sole member and chief manager

By:     CBL Holdings I, Inc., its general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer


HENDERSON SQUARE LIMITED PARTNERSHIP

By:     CBL/GP, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer


**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO
WRITTEN CONSENT TO FILE BANKRUPTCY**

IMPERIAL VALLEY COMMONS, L.P.,
a California limited partnership

By all of the partners of the above listed limited partnership

By:    IV Commons, LLC, its managing general partner

By:    CBL & Associates Limited Partnership, its chief manager

By:    CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer

CBL & Associates Limited Partnership, its limited partner

By:    CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer

IMPERIAL VALLEY MALL II, L.P.

By:    Imperial Valley Mall GP, LLC, its general partner

By:    CBL & Associates Limited Partnership, its chief manager

By:    CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer

IMPERIAL VALLEY MALL, L.P.

By:    CBL/Imperial Valley GP, LLC, its general partner

By:    CBL & Associates Limited Partnership, its chief manager

By:    CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer

**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO
WRITTEN CONSENT TO FILE BANKRUPTCY**

IMPERIAL VALLEY PERIPHERAL, L.P.

By:     IV Outparcels, LLC, its sole general partner

By:     CBL & Associates Management, Inc., its chief manager

By:     _____
Name:  Jeffery V. Curry
Title:   Chief Legal Officer


JG GULF COAST TOWN CENTER LLC

By:     CBL/Gulf Coast, LLC, its sole member

By:     CBL & Associates Limited Partnership, its sole member and chief manager

By:     CBL Holdings I, Inc., its sole general partner

By:     _____
Name:  Jeffery V. Curry
Title:   Chief Legal Officer


LEXINGTON JOINT VENTURE

By:     CBL/Fayette I, LLC, its managing partner

By:     CBL/J I, LLC, its chief manager

By:     CBL & Associates Limited Partnership, its chief manager

By:     CBL Holdings I, Inc., its sole general partner

By:     _____
Name:  Jeffery V. Curry
Title:   Chief Legal Officer


**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO
WRITTEN CONSENT TO FILE BANKRUPTCY**

MADISON JOINT VENTURE, LLC

By the following entities serving as the Board of Managers of the above listed board-managed limited liability company:

CBL & Associates Limited Partnership, its Chief Manager

By:      CBL Holdings I, Inc., its general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer

CBL/Madison I, LLC, its secretary

By:      CBL & Associates Limited Partnership, its sole member and chief manager

By:      CBL Holdings I, Inc., its general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


MALL DEL NORTE, LLC

By the following entities serving as the Board of Managers of the above listed board-managed limited liability company:

MDN/Laredo GP, LLC, its chief manager

By:      CBL & Associates Limited Partnership, its chief manager

By:      CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer

CBL & Associates Limited Partnership, its secretary

By:      CBL Holdings I, Inc., its general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO
WRITTEN CONSENT TO FILE BANKRUPTCY**

MAYFAIRE TOWN CENTER, LP

By:     Mayfaire GP, LLC, its sole general partner

By:     CBL & Associates Limited Partnership, its chief manager

By:     CBL Holdings I, Inc., its sole general partner

By:     _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


MONROEVILLE ANCHOR LIMITED PARTNERSHIP

By:     CBL/Monroeville II, LLC, its sole general partner

By:     CBL & Associates Limited Partnership, its chief manager

By:     CBL Holdings I, Inc., its sole general partner

By:     _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


MONTGOMERY PARTNERS, L.P.

By:     CBL/GP VI, Inc., its general partner

By:     _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


OLD HICKORY MALL VENTURE

By:     CBL/Old Hickory I, LLC, its managing partner

By:     CBL/J II, LLC, its sole member and chief manager

By:     CBL & Associates Limited Partnership, its chief manager

By:     CBL Holdings I, Inc., its sole general partner

By:     _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO**
**WRITTEN CONSENT TO FILE BANKRUPTCY**

OLD HICKORY MALL VENTURE II, LLC

By the following entities serving as the Board of Managers of the above listed board-managed limited liability company:

Old Hickory Mall Venture, its chief manager

By:     CBL/Old Hickory I, LLC, its managing partner

By:     CBL/J II, LLC, its sole member and chief manager

By:     CBL & Associates Limited Partnership, its chief manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer

CBL Holdings I, Inc., its secretary

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


PARKDALE CROSSING LIMITED PARTNERSHIP

By:     CBL/Parkdale Crossing GP, LLC, its general partner

By:     CBL & Associates Limited Partnership, its chief manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


PARKDALE MALL ASSOCIATES L.P.

By:     CBL/Parkdale, LLC, its general partner

By:     CBL & Associates Limited Partnership, its chief manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:   Chief Legal Officer


**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO
WRITTEN CONSENT TO FILE BANKRUPTCY**

PARKDALE MALL, LLC

By the following entities serving as the Board of Managers of the above listed board-managed limited liability company:

CBL/Parkdale Mall GP, LLC, its chief manager

By:     CBL & Associates Limited Partnership, its chief manager

By:     CBL Holdings I, Inc., its sole general partner

By:
Name: Jeffery V. Curry
Title:  Chief Legal Officer

CBL & Associates Limited Partnership, its secretary

By:     CBL Holdings I, Inc., its general partner

By:
Name: Jeffery V. Curry
Title:  Chief Legal Officer

PARKWAY PLACE SPE, LLC

By the following entities serving as the Board of Managers of the above listed board-managed limited liability company:

Parkway Place Limited Partnership, its chief manager

By:     CBL & Associates Limited Partnership, its sole general partner

By:     CBL Holdings I, Inc., its sole general partner

By:
Name: Jeffery V. Curry
Title:  Chief Legal Officer

CBL & Associates Limited Partnership, its secretary

By:     CBL Holdings I, Inc., its general partner

By:
Name: Jeffery V. Curry
Title:  Chief Legal Officer

**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO
WRITTEN CONSENT TO FILE BANKRUPTCY**

PEARLAND TOWN CENTER LIMITED PARTNERSHIP

By:     Pearland Town Center GP, LLC, its sole general partner

By:     CBL & Associates Limited Partnership, its chief manager

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer


SHOPPES AT ST. CLAIR CMBS, LLC

By the following entities serving as the Board of Managers of the above listed board-managed limited liability company:

CW Joint Venture, LLC, its chief manager

By:     CBL & Associates Limited Partnership, its sole general partner

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer

CBL & Associates Limited Partnership, its secretary

By:     CBL Holdings I, Inc., its general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer


SOUTHPARK MALL, LLC

By:     Seacoast Shopping Center Limited Partnership, its sole member and chief manager

By:     CBL & Associates Limited Partnership, its sole general partner

By:     CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer


**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO**
**WRITTEN CONSENT TO FILE BANKRUPTCY**

ST. CLAIR SQUARE LIMITED PARTNERSHIP

By:    St. Clair Square GP I, LLC, its sole general partner

By:    CW Joint Venture, LLC, its chief manager

By:    CBL & Associates Limited Partnership, its manager

By:    CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title: Chief Legal Officer


THE COURTYARD AT HICKORY HOLLOW LIMITED PARTNERSHIP

By:    Tenn-GP Holdings, LLC, its sole general partner

By:    CBL & Associates Limited Partnership, its chief manager

By:    CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title: Chief Legal Officer


VALLEY VIEW MALL SPE, LLC

By the following entities serving as the Board of Managers of the above listed board-managed limited liability company:

Seacoast Shopping Center Limited Partnership, its chief manager

By:    CBL & Associates Limited Partnership, its sole general partner

By:    CBL Holdings I, Inc., its sole general partner

By: _____
Name: Jeffery V. Curry
Title: Chief Legal Officer

CBL & Associates Limited Partnership, its secretary

By:    CBL Holdings I, Inc., its general partner

By: _____
Name: Jeffery V. Curry
Title: Chief Legal Officer


**SIGNATURE BLOCKS FOR ENTITIES ENTERING INTO**
**WRITTEN CONSENT TO FILE BANKRUPTCY**

VOLUSIA MALL LIMITED PARTNERSHIP

By:     Volusia Mall GP, Inc., its general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer


WESTGATE MALL II, LLC

By:     Westgate Mall Limited Partnership, its chief manager

By:     CBL/GP II, Inc., its general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer


WESTGATE MALL LIMITED PARTNERSHIP

By:     CBL/GP II, Inc., its general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer


YORK GALLERIA LIMITED PARTNERSHIP

By: CBL/York, Inc., its general partner

By: _____
Name: Jeffery V. Curry
Title:  Chief Legal Officer

## Schedule A

1.  Akron Mall Land, LLC
2.  Alamance Crossing II, LLC
3.  Alamance Crossing, LLC
4.  APWM, LLC
5.  Arbor Place Limited Partnership
6.  Asheville, LLC
7.  Brookfield Square Joint Venture
8.  Brookfield Square Parcel, LLC
9.  CBL & Associates Limited Partnership
10. CBL Eagle Point Member, LLC
11. CBL Holdings I, Inc.
12. CBL Holdings II, Inc.
13. CBL HP Hotel Member, LLC
14. CBL RM-Waco, LLC
15. CBL SM-Brownsville, LLC
16. CBL Statesboro Member, LLC
17. CBL Walden Park, LLC
18. CBL/Brookfield I, LLC
19. CBL/Brookfield II, LLC
20. CBL/Cherryvale I, LLC
21. CBL/Citadel I, LLC
22. CBL/Citadel II, LLC
23. CBL/EastGate I, LLC
24. CBL/EastGate II, LLC
25. CBL/EastGate Mall, LLC
26. CBL/Fayette I, LLC
27. CBL/Fayette II, LLC
28. CBL/GP Cary, Inc.
29. CBL/GP II, Inc.
30. CBL/GP V, Inc.
31. CBL/GP VI, Inc.
32. CBL/GP, Inc.
33. CBL/Gulf Coast, LLC
34. CBL/Imperial Valley GP, LLC
35. CBL/J I, LLC
36. CBL/J II, LLC
37. CBL/Kirkwood Mall LLC
38. CBL/Madison I, LLC
39. CBL/Monroeville Expansion I, LLC
40. CBL/Monroeville Expansion II, LLC

41. CBL/Monroeville Expansion III, LLC
42. CBL/Monroeville Expansion Partner, L.P.
43. CBL/Monroeville Expansion, L.P.
44. CBL/Monroeville I, LLC
45. CBL/Monroeville II, LLC
46. CBL/Monroeville III, LLC
47. CBL/Monroeville Partner, L.P.
48. CBL/Monroeville, L.P.
49. CBL/Nashua Limited Partnership
50. CBL/Old Hickory I, LLC
51. CBL/Old Hickory II, LLC
52. CBL/Parkdale Crossing GP, LLC
53. CBL/Parkdale Crossing, L.P.
54. CBL/Parkdale Mall GP, LLC
55. CBL/Parkdale, LLC
56. CBL/Penn Investments, LLC
57. CBL/Richland G.P., LLC
58. CBL/Sunrise Commons GP, LLC
59. CBL/Sunrise Commons, L.P.
60. CBL/Sunrise GP, LLC
61. CBL/Sunrise Land, LLC
62. CBL/Sunrise XS Land, L.P.
63. CBL/Westmoreland I, LLC
64. CBL/Westmoreland II, LLC
65. CBL/Westmoreland, L.P.
66. CBL-840 GC, LLC
67. Charleston Joint Venture
68. CherryVale Mall, LLC
69. Coolsprings Crossing Limited Partnership
70. Cross Creek Anchor S GP, LLC
71. Cross Creek Anchor S, LP
72. CW Joint Venture, LLC
73. Dakota Square Mall CMBS, LLC
74. Development Options, Inc.
75. D'Iberville CBL Land, LLC
76. Dunite Acquisitions, LLC
77. East Towne Parcel I, LLC
78. EastGate Anchor S, LLC
79. EastGate Company
80. Eastland Anchor M, LLC
81. Eastland Holding I, LLC
82. Eastland Holding II, LLC
83. Eastland Mall, LLC
84. Eastland Member, LLC

85. Fayette Middle Anchor, LLC
86. Fayette Plaza CMBS, LLC
87. Frontier Mall Associates Limited Partnership
88. GCTC Peripheral IV, LLC
89. Gunbarrel Commons, LLC
90. Hamilton Place Anchor S, LLC
91. Hammock Landing/West Melbourne, LLC
92. Hanes Mall Parcels, LLC
93. Harford Mall Business Trust
94. Henderson Square Limited Partnership
95. Hickory Point Outparcels, LLC
96. Hixson Mall, LLC
97. Imperial Valley Commons, L.P.
98. Imperial Valley Mall GP, LLC
99. Imperial Valley Mall II, L.P.
100.	Imperial Valley Mall, L.P.
101.	Imperial Valley Peripheral L.P.
102.	IV Commons, LLC
103.	IV Outparcels, LLC
104.	Jefferson Anchor M, LLC
105.	Jefferson Anchor S, LLC
106.	Jefferson Mall Company II, LLC
107.	JG Gulf Coast Town Center LLC
108.	JG Winston-Salem, LLC
109.	Kirkwood Mall Acquisition LLC
110.	Kirkwood Mall Mezz LLC
111.	Laurel Park Retail Holding LLC
112.	Laurel Park Retail Properties LLC
113.	Layton Hills Mall CMBS, LLC
114.	Lexington Joint Venture
115.	LHM-Utah, LLC
116.	Madison Joint Venture, LLC
117.	Madison/East Towne, LLC
118.	Madison/West Towne, LLC
119.	Mall del Norte, LLC
120.	Mayfaire GP, LLC
121.	Mayfaire Town Center, LP
122.	MDN/Laredo GP, LLC
123.	Meridian Mall Limited Partnership
124.	Mid Rivers Land LLC
125.	Mid Rivers Mall CMBS, LLC
126.	Monroeville Anchor Limited Partnership
127.	Montgomery Partners, L.P.
128.	Mortgage Holdings, LLC

| | |
|---|---|
| 129. | Multi-GP Holdings, LLC |
| 130. | North Charleston Joint Venture II, LLC |
| 131. | Northgate SAC, LLC |
| 132. | Northpark Mall/Joplin, LLC |
| 133. | Old Hickory Mall Venture |
| 134. | Old Hickory Mall Venture II, LLC |
| 135. | Parkdale Anchor M, LLC |
| 136. | Parkdale Crossing Limited Partnership |
| 137. | Parkdale Mall Associates, L.P. |
| 138. | Parkdale Mall, LLC |
| 139. | Parkway Place Limited Partnership |
| 140. | Parkway Place SPE, LLC |
| 141. | Pearland Ground, LLC |
| 142. | Pearland Town Center GP, LLC |
| 143. | Pearland Town Center Limited Partnership |
| 144. | Pearland-OP Parcel 8, LLC |
| 145. | POM-College Station, LLC |
| 146. | Port Orange Holdings II, LLC |
| 147. | Seacoast Shopping Center Limited Partnership |
| 148. | Shoppes at St. Clair CMBS, LLC |
| 149. | South County Shoppingtown LLC |
| 150. | Southaven Town Center, LLC |
| 151. | Southaven Towne Center II, LLC |
| 152. | SouthPark Mall, LLC |
| 153. | SouthPark Mall-DSG, LLC |
| 154. | St. Clair Square GP I, LLC |
| 155. | St. Clair Square Limited Partnership |
| 156. | St. Clair Square SPE, LLC |
| 157. | Stroud Mall, LLC |
| 158. | Tenn-GP Holdings, LLC |
| 159. | The Courtyard at Hickory Hollow Limited Partnership |
| 160. | The Landing at Arbor Place II, LLC |
| 161. | The Pavilion at Port Orange, LLC |
| 162. | TN-Land Parcels, LLC |
| 163. | Turtle Creek Limited Partnership |
| 164. | TX-Land Parcels, LLC |
| 165. | Valley View Mall SPE, LLC |
| 166. | Volusia Mall GP, Inc. |
| 167. | Volusia Mall Limited Partnership |
| 168. | Volusia SAC, LLC |
| 169. | Volusia-OP Peripheral, LLC |
| 170. | West Towne District, LLC |
| 171. | Westgate Crossing Limited Partnership |
| 172. | WestGate Mall II, LLC |

173.	WestGate Mall Limited Partnership
174.	WI-Land Parcels, LLC
175.	York Galleria Limited Partnership

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name: CBL Holdings I, Inc.

United States Bankruptcy Court for the Southern District of Texas
(State)

Case number (*If known*): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

A list of consolidated creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.[1]

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Delaware Trust Company as Indenture Trustee Attn.: Michelle Dreyer, Corporate Trust Administration 251 Little Falls Drive Wilmington, Delaware 19808 | Attn.: Michelle Dreyer, Corporate Trust Administration Phone: (866) 403-5272 Facsimile: (302) 636 5454 Email: michelle.dreyer@cscgfm.com | Unsecured Notes | | | | $1,381,900,000.00 |
| 2 | Husch Blackwell LLP Attn.: Ron Feldman P.O. Box 790379 St. Louis, Missouri 63179 | Attn.: Ron Feldman Phone: (423) 266-5500 Email: remit@huschblackwell.com | Legal Services | | | | $126,807.48 |
| 3 | CCI Construction of SC Inc. Attn.: Derick Owens 130 Venture Boulevard., Suite 1 Spartanburg, South Carolina 29306-3801 | Attn.: Derick Owens Phone: (864) 587-0852 Email: cciderek@yahoo.com | Trade Payable | | | | $93,596.00 |
| 4 | ERMC LLC Attn.: Tamie Morgan 2226 Encompass Drive, Suite 116 Chattanooga, Tennessee 37421-1576 | Attn.: Tamie Morgan Phone: (423) 899-2753 Email: tamie.morgan@ermc2.com | Trade Payable | | | | $58,865.90 |
| 5 | Recycling & Waste Solutions LLC Attn.: Nancy Settle 3 Dickinson Drive, Suite 103 Brandywine 4 Building Chadds Ford, Pennsylvania 19317 | Attn.: Nancy Settle Phone: (484) 849-7027 Email: nsettle@rwsfacilityservices.com | Trade Payable | | | | $50,789.94 |
| 6 | SecurAmerica LLC Attn.: Tamie Morgan 3399 Peachtree Road, NE, Suite 1500 Atlanta, Georgia 30326-1151 | Attn.: Tamie Morgan Phone: (404) 926-4222 Email: tamie.morgan@ermc2.com | Trade Payable | | | | $37,158.38 |
| 7 | Charleston County Attn.: Mary Tinkler 4045 Bridge View Drive North Charleston, South Carolina 29405 | Attn.: Mary Tinkler Phone: (843) 202-6080 Email: stormwater@charlestoncounty.org | Trade Payable | | | | $35,231.80 |

[1] The following is a consolidated list of creditors holding the 30 largest unsecured claims against the above-captioned debtor and its affiliated debtors (the "Debtors"). The list reflects amounts from the Debtors' books and records as of October 29, 2020.

WEIL:\97619853\2\32626.0003

| Debtor | CBL Holdings I, Inc. | Case number (if known) | 20-_____ ( ) |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |
|---|---|---|---|---|---|
| 8 | Subway Real Estate LLC<br>Attn.: Christopher Ferguson<br>325 Sub Way<br>Milford, Connecticut 06461-3081 | Attn.: Christopher Ferguson<br>Phone: (800) 888-4848<br>Email: Ferguson_c@subway.com | Trade Payable | | $30,000.00 |
| 9 | Miller-McCoy, Inc.<br>Attn.: R. Wayne McCoy<br>915 Creekside Road<br>Chattanooga, Tennessee 37406 | Attn.: R. Wayne McCoy<br>Phone: (423) 698-2661<br>Email: rmccoy@millermccoy.com | Trade Payable | | $23,861.47 |
| 10 | Jones Lang LaSalle Brokerage Inc.<br>Attn.: Marti Johnson<br>200 E. Randolph Street, Suite 4300<br>Chicago, Illinois 60601-6519 | Attn.: Marti Johnson<br>Phone: (251) 301-7248<br>Email: Marti.Johnson@am.jll.com | Trade Payable | | $23,848.00 |
| 11 | Boen Plumbing Inc.<br>Attn.: Stephanie Boen<br>P.O. Box 21803<br>Waco, Texas 76702 | Attn.: Stephanie Boen<br>Phone: (254) 757-2500<br>Email: boenplumbing@sbcglobal.net | Trade Payable | | $19,173.45 |
| 12 | KONE Inc.<br>Attn.: Paula Royer<br>P.O. Box 3491<br>Carol Stream, Illinois 60132-3491 | Attn.: Paula Royer<br>Phone: (877) 276-8691<br>Email: Paula.Royer@kone.com | Trade Payable | | $16,477.90 |
| 13 | Western Specialty Contractors<br>Attn.: Carter Pogue<br>7401 Alabama Avenue<br>St. Louis, Missouri 63111 | Attn.: Carter Pogue<br>Phone: (314) 773-8813<br>Email: daveec@westerngroup.com | Trade Payable | | $15,435.00 |
| 14 | Piedmont Property Services, Inc.<br>Attn.: P. Smaatt<br>404 Old Thomasville Road<br>High Point, North Carolina 27260 | Attn.: P. Smaatt<br>Phone: (336) 886-6393<br>Email: ppsmatt@northstate.net | Trade Payable | | $12,827.48 |
| 15 | Palmetto Door Controls & Glass LLC<br>Attn.: Heather Latshaw<br>1284 Surfside Industrial Park<br>Surfside, South Carolina 29575 | Attn.: Heather Latshaw<br>Phone: (843) 839-0923<br>Email: heather@palmettodoorcontrols.com | Trade Payable | | $12,353.35 |
| 16 | Brite Ideas Contracting, LLC<br>Attn.: John Gingow<br>2156 Fineview Drive<br>York, Pennsylvania 17406 | Attn.: John Gingow<br>Phone: (717) 575-9402<br>Email: johnsbriteideas@gmail.com | Trade Payable | | $12,062.50 |
| 17 | Trane U.S. Inc.<br>Attn.: Sam Shore<br>P.O. Box 406469<br>Atlanta, Georgia 30384-6469 | Attn.: Sam Shore<br>Phone: (423) 296-1506<br>Email: smshore@trane.com | Trade Payable | | $10,526.13 |
| 18 | Champions Real Estate Group LLC<br>Attn.: Lin Teng<br>6117 Richmond Avenue, Suite 120<br>Houston, Texas 77057-6267 | Attn.: Lin Teng<br>Phone: (713) 847-6666<br>Email: lin@bellairefoodstreet.com | Trade Payable | | $10,466.16 |
| 19 | Trimmers Holiday Décor<br>Attn.: Dale Norwine<br>2650 59th Street<br>Sarasota, Florida 34243 | Attn.: Dale Norwine<br>Phone: (941) 355-6655<br>Email: dale@trimmershd.com | Trade Payable | | $9,643.38 |
| 20 | Foxhill Construction LLC<br>Attn.: Joe Jones<br>139 Dogwood Lane<br>Hampstead, North Carolina 28443 | Attn.: Joe Jones<br>Phone: (919) 384-6535<br>Email: joe@foxhillconstruction.com | Trade Payable | | $9,000.00 |

WEIL:\97619853\2\32626.0003

| Debtor | CBL Holdings I, Inc. | Case number (if known) | 20-_____ ( ) |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 21 | Florida Bulb & Ballast Inc. Attn.: Karen Jones 1617 Cooling Street Melbourne, Florida 32935-5905 | Attn.: Karen Jones Phone: (321) 259-7882 Email: customerservice@flabulb.com | Trade Payable | | | | $8,109.90 |
| 22 | Schindler Elevator Corporation Attn.: David O'Brien P.O. Box 93050 Chicago, Illinois 60673-3050 | Attn.: David O'Brien Phone: (864) 627-5332 Fax: (412) 578-6600 | Trade Payable | | | | $7,855.28 |
| 23 | A & H Mechanical Contracting, Inc. Attn.: Cindy P.O. Box 38 Collinsville, Illinois 62234 | Attn.: Cindy Phone: (618) 874-5588 Email: cindy@ahmech.com | Trade Payable | | | | $6,765.00 |
| 24 | SoCo Services, LLC. Attn.: Chris 1001 Springwood Avenue, Unit #2 Gibsonville, North Carolina 27249 | Attn.: Chris Phone: (336) 446-1334 Email: socoservices@yahoo.com | Trade Payable | | | | $6,363.00 |
| 25 | AFL Network Services Inc. Attn.: Carolyn Price P.O. Box 896112 Charlotte, North Carolina 28283 | Attn.: Carolyn Price Phone: (800) 368-1034 Email: carolyn.price@aflglobal.com | Trade Payable | | | | $6,300.86 |
| 26 | DCO Construction LLC Attn.: Eladio Cuellar 50 E. Elizabeth Street Brownsville, Texas 78520 | Attn.: Eladio Cuellar Phone: (956) 521-2578 Email: Ecuellardesigns@yahoo.com | Trade Payable | | | | $5,500.00 |
| 27 | The Wilbert Group Attn.: M. Braykovich 1718 Peachtree Street, Suite 1048 Atlanta, Georgia 30309-2422 | Attn.: M. Braykovich Phone: (404) 343-4080 Email: mbraykovich@thewilbertgroup.com | Trade Payable | | | | $5,250.00 |
| 28 | JennMack Group LLC Attn.: Jennifer Irving 1327 Brewer Road Winston Salem, North Carolina 27127 | Attn.: Jennifer Irving Phone: (412) 953-9827 Email: brisbanegroup99@yahoo.com | Trade Payable | | | | $5,230.00 |
| 29 | Gettle Incorporated Attn.: Elizabeth Bair 325 Busser Road P.O. Box 337 Emigsville, Pennsylvania 17318-0337 | Attn.: Elizabeth Bair Phone: (717) 843-1231 Email: ebair@gettle.com | Trade Payable | | | | $5,142.00 |
| 30 | Nauman Mechanical Inc. Attn.: Nicole Foleno P.O. Box 407 Stroudsburg, Pennsylvania 18360 | Attn.: Nicole Foleno Phone: (570) 476-7606 Email: nicole@naumaninc.com | Trade Payable | | | | $4,850.00 |

WEIL:\97619853\2\32626.0003

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

------------------------------------------------------------ §
                                  §
**In re**                             §        **Chapter 11**
                                    §
**CBL HOLDINGS I, INC.,**        §        **Case No. 20– _____ (      )**
                                    §
             **Debtor.**               §
                                    §
------------------------------------------------------------ §

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO FED. R. BANKR. P. 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), attached hereto as **<u>Exhibit A</u>** is an organizational chart reflecting all of the ownership interests in CBL & Associates Limited Partnership (the "**Operating Partnership**") and its debtor and non-debtor subsidiaries[1].   Pursuant to Rule 1007(a)(3) of the Bankruptcy Rules, the organizational chart identifies all holders having an equity interest in the above-captioned debtor in possession.

As set forth on Exhibit A, CBL & Associates Properties, Inc. (the "**REIT**") owns 100% of the outstanding equity interests of CBL Holdings I, Inc. ("**Holdings I**") and CBL Holdings II, Inc. ("**Holdings II**").

Holdings I and Holdings II own approximately 1% and 96%, respectively, of the outstanding common units of the Operating Partnership.   The remaining approximately 3% of the outstanding common units, including three (3) series of special common units, issued by the Operating Partnership are held by various third parties.[2]

---

[1] Exhibit A does not reflect any inactive subsidiaries of CBL & Associates Properties, Inc.

[2] The Series S special common units are held by entities involved in the Monroeville Mall acquisition (0.77%).  The Series L special common units are held by one entity involved in the Laurel Park Mall acquisition (0.28%).  The Series K special common units are held by entities that were involved in the acquisition of the Copaken Portfolio (0.43%).

Holdings II owns 100% of the preferred units issued by the Operating Partnership.

Except as set forth in the following sentence, the Operating Partnership owns, either directly or indirectly, 100% of the outstanding equity interests in the remaining Debtors. The REIT owns (i) 0.1% of the equity interests in CoolSprings Crossing Limited Partnership and (ii) less than 0.05% of the equity interests in Henderson Square Limited Partnership.

## Exhibit A

**Organizational Chart**

# UPPER TIER OWNERSHIP & KEY



# CBL & ASSOCIATES LIMITED PARTNERSHIP
## SUBSIDIARIES



CBL & Associates Limited Partnership's ownership of Frontier Square shown on this page only

**CBL & Associates Limited Partnership (DE)**

D
P
I

**Frontier Square**

| | | | |
|---|---|---|---|
| **Fayette Middle Anchor, LLC (KY)** | **Alamance Crossing II, LLC (NC)** | **APWM, LLC (GA)** | **Brookfield Square Parcel, LLC (WI)** |
| Fayette Mall—Sears Renovation | Alamance Crossing—West | Arbor Place—APWM, LLC | Brookfield Square—Lifestyle Center |
| **Akron Mall Land, LLC (DE)** | **Dakota Square Mall CMBS, LLC (DE)** | **East Towne Parcel I, LLC (WI)** | **EastGate Anchor S, LLC (OH)** |
| Chapel Hill Land | Dakota Square | East Towne Mall—Parcel | EastGate Mall—Sears |
| **Eastland Anchor M, LLC (IL)** | **Volusia SAC, LLC (FL)** | **D'Iberville CBL Land, LLC (MS)** | **Gunbarrel Commons, LLC (TN)** |
| Eastland Mall—Macy's | Volusia—Sears TBA | Gulf Coast Galleria | Gunbarrel Pointe |
| **Hamilton Place Anchor S, LLC (DE)** | **Hanes Mall Parcels, LLC (NC)** | **Northpark Mall/Joplin, LLC (DE)** | **Jefferson Anchor S, LLC (KY)** |
| Hamilton Place—Sears | Hanes Mall—Restaurants | Northpark Mall | Jefferson Mall—Sears |
| **The Landing at Arbor Place II, LLC (DE)** | **LHM-Utah, LLC (DE)** | **TN-Land Parcels, LLC (TN)** | **Northgate SAC, LLC (TN)** |
| The Landing at Arbor Place | Layton Hills Mall—Outparcel II | Northgate Mall—Outparcel | Northgate Mall Sears TBA—Outparcels |

# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



## CBL & ASSOCIATES LIMITED PARTNERSHIP
## SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# MADISON JOINT VENTURE, LLC & CBL/J I, LLC SUBSIDIARIES



## CBL/J II, LLC & MORTGAGE HOLDINGS, LLC SUBSIDIARIES



# MORTGAGE HOLDINGS, LLC
## SUBSIDIARIES



12

**CBL & Associates Limited Partnership (DE)**

D
P
I

**GP—99.9209%**

**MM—99.9%**

**GP—99.9%**

**GP—99.9%**

**GP—99.92%**

D | U P
**Mortgage Holdings, LLC (DE)**

—0.0791%

—0.1%

—0.1%

—0.1%

—0.8%

D
**CBL/Nashua Limited Partnership (NH)**

D | U S
**Frontier Mall Associates Limited Partnership (WY)**
*Frontier Mall*

D | U S
**Turtle Creek Limited Partnership (MS)**
*Turtle Creek Mall*

D
**Seacoast Shopping Center Limited Partnership (NH)**

D
**Harford Mall Business Trust (MD)**
• *Harford Mall*
• *Harford Mall—Annex*

D
**Southpark Mall, LLC (VA)**

D | U S
**POM-College Station, LLC (TX)**
*Post Oak Mall & Phase III*

D
**Valley View Mall SPE, LLC (DE)**
*Valley View Mall*

**Southpark Mall CMBS, LLC (DE)**
*Southpark Mall*

**CM**



# MULTI-GP HOLDINGS, LLC
# SUBSIDIARIES



# CBL & ASSOCIATES MANAGEMENT, INC.
## SUBSIDIARIES



# CBL & ASSOCIATES MANAGEMENT, INC.
## SUBSIDIARIES



# CBL & ASSOCIATES MANAGEMENT, INC.
## SUBSIDIARIES

17



# CBL & ASSOCIATES LIMITED PARTNERSHIP
## 3RD PARTY



# CBL & ASSOCIATES LIMITED PARTNERSHIP
## 3RD PARTY



# CBL & ASSOCIATES MANAGEMENT, INC.
## 3RD PARTY



## CBL & ASSOCIATES MANAGEMENT, INC.
### 3RD PARTY





# CBL/T-C, LLC
## 3RD PARTY









# MISCELLANEOUS
# 3RD PARTY

27

**Supplemental Key for this Chart only**

CBL El Paso Outparcel Member, LLC →

Horizon El Paso, LLC →

CBL & Associates Limited Partnership (DE)

D
P
I

Horizon El Paso, LLC (DE)

CBL & Associates Management, Inc. (DE)   D

CBL El Paso Member, LLC (DE)

CBL El Paso Outparcel Member, LLC (TX)

25%   50%   50%   25%

MM—75%

MM—50%

MM—33.333%

MM—50%

Pleasant Lake-Skoien Investments, LLC (DE)

4.9167%   7.375%

Pleasant Lake Apts., LP (OH)

11.75%   17.625%

El Paso Outlet Outparcels, LLC (DE)
**Outlet Shoppes at El Paso—OP**

El Paso Outlet Center Holding, LLC (DE)

El Paso Outlet Center Manager, Inc. (DE)

MM—0.5%

99.5%

El Paso Outlet Outparcels II, LLC (DE)
**Outlet Shoppes of El Paso—OP II**

El Paso Outlet Center, LLC (DE)

El Paso Outlet Center II, LLC (DE)
**Outlet Shoppes at El Paso—.2763 Acre Tract**

El Paso Outlet Center CMBS, LLC (DE)
**Outlet Shoppes at El Paso—Phase I and II**

CM



MISCELLANEOUS
3RD PARTY

Supplemental Key for this Chart only

Montgomery Partners, L.P.

Cafaro Governor's Square Partnership

CBL & Associates Limited Partnership (DE)

D
P
I

CBL & Associates Management, Inc. (DE)

CBL/GP VI, Inc. (TN)

CBL/Kentucky Oaks, LLC (DE)

Anthony M. Cafaro, Trustee of the Revocable Family Trust

99%

GP—1%

Montgomery Partners, L.P. (TN)

47.5%          50%

50%          GP—10%

Donald J. DeSalvo

Cafaro Governor's Square Partnership (OH)

The Marion Plaza, Inc. (DE)

William A. Cafaro, Anthony M. Cafaro, Jr., Mark J. Beck, Co-Trustees of the Anthony M. Cafaro Irrevocable Trust

5%

MGP—47.5%   MGP—50%

MGP—30%   GP—10%

Governor's Square Company (OH)

Governor's Square

Governor's Square Company IB (OH)

Governor's Square Plaza

Kentucky Oaks Mall Company (OH)

Kentucky Oaks Mall

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § § § | **Chapter 11** |
| **CBL HOLDINGS I, INC.,** | § § § | **Case No. 20- _____ (●)** |
| Debtor. | § | |

### LIST OF EQUITY HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(3)[1]

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct or indirect ownership interest, of the above-captioned debtor in possession.

Check applicable box:

☐ There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

☒ The following are the debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

| Name and Last Known Address of Equity Interest Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| CBL & Associates Properties, Inc. 2030 HAMILTON PLACE BLVD. CBL CENTER, SUITE 500 CHATTANOOGA, TN 37421 | Common Stock | 100% |

---

[1] This list serves as the required disclosure by the Debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.

**Fill in this information to identify the case:**

Debtor name: __CBL Holdings I, Inc.__

United States Bankruptcy Court for the __Southern District of Texas__
(State)

Case number (*If known*): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑ Other document that requires a declaration __Consolidated Corporate Ownership Statement and List of Equity Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __November 1, 2020__        **✗** /s/ Jeffery V. Curry
MM / DD /YYYY                          Signature of individual signing on behalf of debtor

                                       Jeffery V. Curry
                                       Printed name

                                       Chief Legal Officer and Secretary
                                       Position or relationship to debtor

WEIL:\97619853\2\32626.0003